# Court of Appeals
# of the State of Georgia

ATLANTA,___July 09, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15I0189. RHONDA JOHNSON v. THE STATE.

Rhonda Johnson filed an application for interlocutory appeal seeking immediate review of the trial court's order denying a motion to suppress. We dismissed the application because the order and certificate of immediate review were signed by different judges. Johnson filed a motion for reconsideration, submitting evidence that the judge who signed the order was not the trial judge, but was sitting by designation on the day the motion to suppress was heard. Under these circumstances, Johnson has shown that its certificate of immediate review was valid. See *Freemon v. Dubroca*, 177 Ga. App. 745 (1) (341 SE2d 276) (1986).

Accordingly, Johnson's motion for reconsideration is GRANTED. This Court's prior order dismissing the application is VACATED, and the application is REINSTATED. Upon consideration of the merits, however, the application is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____ 07/09/2015____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*